Ritz-Central Motors, Inc., Appellant, v. Peter Vander-woude, Appellee.

Gen. No. 46,384. 

First District, Second Division.
February 15, 1955.
Released for publication March 7, 1955.

Kor-shak & Rothman, for appellant; Thomas J. Finnegan, of counsel; Edmund M. Sinnott, and John P. Loughnane, for appellee. Opinion by PRESIDING JUSTICE McCORMICK. **Not to be published in full.**